**Kenneth Darnel GOINS, Appellant,**

v.

**Lori Denese GOINS, Respondent.**

**No. ED 96656.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 15, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 28, 2012.

Alan E. Freed, Susan E. Block, Clayton,
MO, for Appellant.

Rufus J. Tate, Jr., Clayton, MO, Anthony D. Gray, St. Louis, MO, for Respondent.

Before KURT S. ODENWALD, C.J.,
PATRICIA L. COHEN, J. and ROBERT
M. CLAYTON III, J.

*ORDER*

PER CURIAM.

Kenneth Goins ("Husband") appeals
from the judgment of modification decreasing his monthly child support obligation. We find that the trial court did
not err in its modification of Husband's
monthly child support obligation. We affirm.

An extended opinion would have no
precedential value. We have, however,
provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed
under Rule 84.16(b).